No. 77–6660. TAYLOR *v.* POEHLING, ASSISTANT CIRCUIT ATTORNEY, CITY OF ST. LOUIS. C. A. 8th Cir. Certiorari denied.

No. 77–6664. CHAMBERS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77–6665. RACHAL *v.* SUPERINTENDENT OF M. C. I. AT WALPOLE. C. A. 1st Cir. Certiorari denied.

No. 77–6668. GRAY ET AL. *v.* CALIFORNIA; and
No. 77–6682. MERTZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–6669. WILLIAMS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 77–6677. SULLIVAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6690. MEADER *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 77–6693. RADISICH *v.* RADISICH ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6695. WATSON *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 77–6786. BRADFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6791. SKIDMORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6800. KIRK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–6803. MARQUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.